UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
DMITRY BARTENEV,

                           Plaintiff,

  - against -

EQUIFAX INFORMATION SERVICES, LLC,

                          Defendant.
-------------------------------------------------------------------x

23-CV-7011 (CS)

**ORDER**

Seibel, J.

      Plaintiff commenced this action on August 9, 2023, and summonses were issued the next day.  Plaintiff and Defendant LVNV Funding LLC have resolved the case, but as to Defendant Equifax Information Services, LLC ("Equifax"), more than ninety days have elapsed since the summons was issued, and Plaintiff has failed to file an affidavit of service with the Court attesting to service of the summons and complaint on Defendant Equifax.

      This action will be dismissed without prejudice unless Plaintiff, no later than June 19, 2024, either (1) files proof of service on Equifax with the Clerk of the Court, or (2) shows cause in writing why a further extension of the time limit for service is warranted.  *See* Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Dated: May 20, 2024
       White Plains, New York

                                                              _____
                                                                 CATHY SEIBEL, U.S.D.J.