UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DMITRY BARTENEV,                                    Case No. 1:23-cv-7011 (CS)

                    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, *et al.*,

                    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i), Plaintiff, through his undersigned counsel hereby dismisses this action with prejudice. Each party will bear her/its own costs, attorneys' fees, and expenses.

Dated: May 30, 2024

Respectfully Submitted,

Adam J. Fishbein
Adam J. Fishbein, P.C. (AF-9508)
735 Central Avenue
Woodmere, New York 11598
Telephone: (516) 668-6945
Email: fishbeinadamj@gmail.com

Attorney for the Plaintiff

SO ORDERED.

CATHY SEIBEL, U.S.D.J.          5/31/24

The Clerk shall close the case.